# United States District Court

for the

## Eastern District of Pennsylvania

February 26, 2026

U.S.A. vs. Hasaan Taylor                                     Case No.: 2:22CR000443-001

### VIOLATION OF SUPERVISED RELEASE

COMES NOW Jameka Bing U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Hasaan Taylor who was placed on supervised release by the Honorable Gerald J. Pappert sitting in the Court at Philadelphia, PA, on the 31st day of October 2023, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Felon in possession of a firearm (Count One) |
| ORIGINAL SENTENCE: | The defendant was committed to the custody of the U.S. Bureau of Prisons for a total term of 46 months, followed by three years of supervised release. |
| SPECIAL CONDITIONS: | The defendant shall participate in a program at the direction of the probation officer aimed at obtaining a GED, learning a vocation, or improving the defendant's literacy, education level, or employment skills in order to develop or improve skills needed to obtain and maintain gainful employment. The defendant shall remain in any recommended program until completed or until such time as the defendant is released from attendance by the probation officer. |
| DATE SUPERVISION COMMENCED: | July 16, 2025 |
| DATE SUPERVISION TERMINATES: | July 15, 2028 |

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. This condition is:

RE: TAYLOR, Hasaan
Case No: 2:22CR000443-001

A.     <u>Mandatory Condition:</u> The defendant shall not commit another federal, state, or local crime.

On February 26, 2026, Mr. Taylor was arrested by officers with the Philadelphia Police Department (PPD) and charged with the following offenses: 1) Criminal conspiracy; 2) Aggravated assault; 3) VUFA-former convict; 4) VUFA-no license; 5) PIC; 6) Simple assault; 7) REAP; and 6) False reports.

According to the investigating Detective, an investigation by the PPD Shooting Investigations Group began on December 8, 2025, subsequent to a shooting which involved Mr. Taylor. On this same date, Mr. Taylor was a walk-in gunshot victim at Temple University Hospital and was treated for five gunshot wounds. Preliminarily, Mr. Taylor told officers that he was shot at 19th and Tioga Streets in Philadelphia; however, the investigating Detective confronted Mr. Taylor and stated that he knew the shooting happened on 4800 Folsom Street in Philadelphia and that Mr. Taylor was shooting also. The investigating Detective said that Mr. Taylor immediately stopped talking and said that he wanted a lawyer.

Mr. Taylor did not contact this officer subsequent to the shooting incident. This officer attempted contact at Mr. Taylor's residence as well as his grandmother's residence, which is where this officer last met with him. This officer made contact with Mr. Taylor's grandmother, who stated that she did not know of Mr. Taylor's whereabouts. Mr. Taylor later contacted this officer and informed that he was shot and had just been released from the hospital. Mr. Taylor reported that he was visiting a friend on 19th and Tioga when he was shot by an unknown individual. This officer asked Mr. Taylor if he had reported the incident to the police and he stated that officers appeared at Temple University Hospital for questioning; however, he had no information to provide as he did not know who shot him. This officer reminded Mr. Taylor that it is a Court order that he contacts this officer within 72 hours of being questioned by law enforcement.

The investigating Detective advised that the shooting incident which occurred on December 8, 2025 was an ongoing investigation. On February 25, 2026, members of the PPD Shooting Group, with the assistance of SWAT executed a search and seizure warrant at 6402 Lawnton Avenue in Philadelphia. Mr. Taylor was on location and taken into custody without incident. Upon a search of the residence, an AR-15 caliber rifle was recovered.

Mr. Taylor is currently in custody at Philadelphia Department of Prisons in Philadelphia, Pennsylvania; his preliminary hearing is pending.

**GRADE OF VIOLATION**     <u>**A**</u>

RE: TAYLOR, Hasaan
Case No: 2:22CR000443-001

| | |
|---|---|
| PRAYING THAT THE COURT WILL ORDER… | THE ISSUANCE OF A WARRANT TO BE LODGED AS A DETAINER, FOR THE NAMED SUPERVISED RELEASEE TO BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING. |

I declare under penalty of perjury that the foregoing is true and correct.

Fred Crawford
Digitally signed by Fred Crawford
Date: 2026.02.26 08:29:52 -05'00'

Fred C. Crawford
Supervising U.S. Probation Officer

Philadelphia, PA
Date: February 26, 2026

cc: Assistant U.S. Attorney
   Defendant's Attorney
   U.S. Marshals Service-Warrant Squad

ORDER OF THE COURT

Considered and ordered this ___26th___ day of ___February___, 2026 and ordered filed and made part of the records in the above case.

_____
Gerald J. Pappert
U.S. District Court Judge

RE: TAYLOR, Hasaan
Case No: 2:22CR000443-001

## INFORMATION SHEET FOR REVOCATION OF SUPERVISION

| | | |
|---|---|---|
| United States of America | ) | Case No. 2:22CR000443-001 |
| | ) | |
| vs. | ) | |
| | ) | |
| Hasaan Taylor | ) | |

Defendant's last known Address and Telephone Number:

2906 North Taylor Street
Philadelphia, PA 19132
267-252-2983

Defendant is in custody at:

Philadelphia Department of Prisons, Philadelphia, PA

Defendant's last known Counsel Address and Telephone Number:

Timothy Wright, Esquire
601 Walnut Street, Suite 540 West
Philadelphia, PA 19016
215-929-1100
Timothy_Wright@fd.org

Assistant U.S. Attorney Address and Telephone Number:

Nicholas Edward Freeman, Esquire
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-764-2191
Nicholas.Freeman@usdoj.gov

Jameka Bing
Digitally signed by Jameka Bing
Date: 2026.02.25 19:46:30 -05'00'

Jameka Bing
U.S. Probation Officer

Telephone No. 267-299-4566